**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLIDAY, HEATHER L | § | Case No. 11-27065 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 2,428.00 |
| Total Distributions to Claimants: 1,826.53 | Claims Discharged<br>Without Payment: 51,579.82 |
| Total Expenses of Administration: 6,673.47 | |

3) Total gross receipts of $ 8,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 242,752.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,673.47 | 6,673.47 | 6,673.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,050.00 | 9,356.35 | 9,356.35 | 1,826.53 |
| **TOTAL DISBURSEMENTS** | $ 286,802.00 | $ 16,029.82 | $ 16,029.82 | $ 8,500.00 |

4) This case was originally filed under chapter 7 on 06/29/2011 . The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2015 By:/s/ANDREW J. MAXWELL, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 8,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 8,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. 201 N Walnut St # De1-10 Wilmington DE 19801 | | 14,752.00 | NA | NA | 0.00 |
| | 2 Citimortgage INC Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | 228,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2000 S. Michigan Ave Chicago IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Motor Row Lofts Attn: Bankruptcy Dept. | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 242,752.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| VICTORIA E LONG | 2500-000 | NA | 811.19 | 811.19 | 811.19 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 3,805.00 | 3,805.00 | 3,805.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 197.28 | 197.28 | 197.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,673.47 | $ 6,673.47 | $ 6,673.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 BANK OF America Attn: Bankruptcy Dept. Po Box 17054 Wilmington DE 19850 | | 9,047.00 | NA | NA | 0.00 |
| | 2 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 5,063.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 16,542.00 | NA | NA | 0.00 |
| | 4 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | 4,087.00 | NA | NA | 0.00 |
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 7 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 8 US BANK/NA ND Attn: Bankruptcy Dept. 4325 17Th Ave S Fargo ND 58125 | | 9,311.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 5,210.86 | 5,210.86 | 1,017.25 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 4,145.49 | 4,145.49 | 809.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 44,050.00 | $ 9,356.35 | $ 9,356.35 | $ 1,826.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 11-27065 JPC Judge: JACQUELINE P. COX
Case Name: HOLLIDAY, HEATHER L

For Period Ending: 01/16/15

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c): 06/29/11 (f)
341(a) Meeting Date: 08/03/11
Claims Bar Date: 09/30/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2000 south michigan 206 Chicago, IL 60616 - (Debto | 0.00 | 0.00 | | 0.00 | FA |
| 2. Chase - Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. Chase - Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Alliant - Savings ACcount | 3.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stereo, | 1,700.00 | 0.00 | | 0.00 | FA |
| 6. Books, Compact Discs, Tapes/Records, Family Pictur | 175.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 8. Earrings, watch, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 11. UNIT P-30 IN THE LOCOMOBILE LOFTS CONDOMINIUM (u) Parking space | Unknown | 8,000.00 | | 8,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $2,428.00 | $8,000.00 | | $8,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE OPENED CASE.Trustee is in the process to sell RE
RE sale approved + closed; TFR in progress
hearing date 12/18/14 / TDR IN RPOGRESS

Initial Projected Date of Final Report (TFR): 12/31/15 Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-27065 -JPC
Case Name: HOLLIDAY, HEATHER L

Taxpayer ID No: *******2578
For Period Ending: 01/16/15

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8751 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/14 | 11 | VICTORIA E LONG<br>2000 MICHIGAN<br>CHICAGO IL 60616 | PARKING SPACE | | 7,688.81 | | 7,688.81 |
| | | VICTORIA E LONG | Memo Amount: ( 811.19 )<br>CLOSING COST | 2500-000 | | | |
| | | | Memo Amount: 8,500.00<br>PARKING SPACE | 1229-000 | | | |
| 12/19/14 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation | 2100-000 | | 1,600.00 | 6,088.81 |
| 12/19/14 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney fees and expenses<br>c/o 12/18/2014 | | | 4,002.28 | 2,086.53 |
| | | | Fees 3,805.00 | 3110-000 | | | |
| | | | Expenses 197.28 | 3120-000 | | | |
| 12/19/14 | 010003 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Fee Deffered Payment | 2700-000 | | 260.00 | 1,826.53 |
| 12/19/14 | 010004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Claim # 1, Interim Distribution | 7100-000 | | 809.28 | 1,017.25 |
| 12/19/14 | 010005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (Claim # 2, Interim Distribution | 7100-000 | | 1,017.25 | 0.00 |

Page Subtotals 7,688.81 7,688.81

Ver: 18.03b

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-27065 -JPC
Case Name: HOLLIDAY, HEATHER L

Taxpayer ID No: *******2578
For Period Ending: 01/16/15

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8751 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: 8,500.00 | COLUMN TOTALS | 7,688.81 | 7,688.81 | 0.00 |
| Memo Allocation Disbursements: 811.19 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 7,688.81 | 7,688.81 | |
| Memo Allocation Net: 7,688.81 | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,688.81 | 7,688.81 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Total Allocation Receipts: 8,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: 811.19 | Checking Account (Non-Interest Earn - ********8751 | 7,688.81 | 7,688.81 | 0.00 |
| Total Memo Allocation Net: 7,688.81 | | 7,688.81 | 7,688.81 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00